## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHARON BURRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-02210-EFM-TJJ |
| | ) |
| RESER'S FINE FOODS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that all of Plaintiff's claims and proposed claims against Defendant Reser's Fine Foods, Inc. in the above-captioned matter are hereby dismissed, with prejudice, each party bearing its own costs.

BY:  /s/ Rebecca M. Randles  
REBECCA M. RANDLES KS#16832  
**RANDLES MATA, LLC**  
851 NW 45th Street  
Suite 310  
Kansas City, Missouri 64116  
(816) 931-9901  
(816) 931-0134 (FAX)  
rebecca@randlesmatalaw.com  

Attorney for Plaintiff

/s/ James B. Biggs  
JAMES B. BIGGS  KS#14079  
**CAVANAUGH, BIGGS & LEMON, P.A.**  
3200 SW Huntoon  
Topeka, Kansas 66604  
(785) 440-4000  
(785) 440-3900 (FAX)  
jbiggs@cavlem.com  

Attorney for Defendant